**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: | Case No. 20-19503-ABA |
|---|---|
| JOSE ORTIZ | Chapter 13 |
| Debtor(s) | |

**FRBP 2012 REPORT ACCOUNTING OF PRIOR ADMINISTRATION OF CASE**
**AND NOTICE OF OBJECTION PERIOD**

Isabel C. Balboa, former Chapter 13 Trustee for the period from the petition date through September 30, 2023, and Andrew B. Finberg, successor Chapter 13 Trustee, for the above-captioned case, submit the following accounting of the estate pursuant to 11 U.S.C. §1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $15,720.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$15,720.00** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,350.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,369.64 |
| Other | $0.00 |
| Secured Creditors | $1,878.64 |
| Priority Creditors | $0.00 |
| General Unsecured Creditors | $7,723.96 |

**Total Disbursements & Expense of Administration:** **$15,322.24**

**Balance Transferred to Successor Trustee** **$397.76**

Dated: 10/25/2023

/s/ Isabel C. Balboa
Chapter 13 Former Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002-2977

/s/ Andrew B. Finberg
Chapter 13 Successor Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002-2977