Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 20-19503 (ABA)

Jose Ortiz  
401 Manor Avenue  
Millville, NJ  08332

Monthly Payment: $440.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2023 | $440.00 | 02/03/2023 | $440.00 | 03/06/2023 | $440.00 | 04/06/2023 | $440.00 |
| 05/08/2023 | $440.00 | 06/05/2023 | $440.00 | 07/05/2023 | $440.00 | 08/04/2023 | $440.00 |
| 09/07/2023 | $440.00 | 10/06/2023 | $440.00 | 11/06/2023 | $440.00 | 12/06/2023 | $440.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JOSE ORTIZ | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TERRY TUCKER, ESQUIRE | 13 | $4,350.00 | $4,350.00 | $0.00 | $0.00 |
| 1 | BANK OF AMERICA, N.A. | 33 | $3,859.33 | $607.19 | $3,252.14 | $325.31 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,911.87 | $300.80 | $1,611.07 | $161.16 |
| 3 | CAPITAL ONE, N.A. | 33 | $10,113.89 | $1,591.24 | $8,522.65 | $852.55 |
| 4 | KOHL'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | LISA A PETTTIT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,324.17 | $365.66 | $1,958.51 | $195.91 |
| 7 | MIDFIRST BANK | 24 | $1,878.64 | $1,878.64 | $0.00 | $0.00 |
| 8 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | TERRY TUCKER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | PNC BANK, N.A. | 33 | $15,797.97 | $2,485.52 | $13,312.45 | $1,331.65 |
| 12 | PNC BANK, N.A. | 33 | $22,670.92 | $3,566.85 | $19,104.07 | $1,911.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2020 | 2.00 | $160.00 |
| 11/01/2020 | 58.00 | $440.00 |
| 09/01/2025 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $5,280.00 |
| Total paid to creditors this period: | $4,777.58 |
| Undistributed Funds on Hand: | $397.76 |
| Arrearages: | $440.00 |
| Attorney: | TERRY TUCKER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**